UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
OKORO IFEANYI,                      :
                                    :   No. 18-cv-17065 (NLH)(JS)
            Plaintiff,              :
                                    :
       v.                           :   MEMORANDUM OPINION
                                    :
WARDEN DAVID ORTIZ, et al.,         :
                                    :
            Defendants.             :
_____ :

IT APPEARING THAT:

1. Plaintiff Okoro Ifeanyi filed a civil rights action brought pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971). ECF No. 1.

2. On May 10, 2019, the Clerk's Office mailed to Plaintiff a "Notice of Electronic Filing" ("NEF") regarding a U.S. Marshal's certification form. ECF No. 7. The NEF was sent to Plaintiff's address of record at the Federal Correctional Institution in Fort Dix, New Jersey. See ECF No. 9.

3. The NEF mailed to Plaintiff's address of record has been returned to sender with the envelop marked "Return to Sender, Not Deliverable As Addressed, Unable To Forward." See id. It appears that Petitioner is no longer residing at FCI Fort Dix.

4. Plaintiff has not communicated with the Court regarding

1

his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5.  Based on Petitioner's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Petitioner updating his contact information to satisfy the appropriate Rules.

6.  An appropriate order follows.


Dated: June 24, 2019                    s/ Noel L. Hillman
At Camden, New Jersey                   NOEL L. HILLMAN, U.S.D.J.